IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL L. JONES ,

    Petitioner,

v.

DYLON RADTKE,

    Respondent.

ORDER

Case No.  20-cv-1068-bbc

    Petitioner Samuel L. Jones seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than December 21, 2020.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately May 30, 2020 through the date of the petition, November 30, 2020.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Samuel L. Jones may have until December 21, 2020, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before December 21, 2020, I will assume that petitioner wishes to withdraw this petition.

Entered this 30th day of November, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge